IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D

FEB 23 2007

J. T. NOBLIN, CLERK
BY_____DEPUTY

ANTHONY AND JO ANN VAZ                                                      PLAINTIFFS

VS.                                          CAUSE NO. 1:06cv00935-LTS-JMR

ALLSTATE PROPERTY & CASUALTY
INSURANCE COMPANY                                                          DEFENDANT

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

This cause came before the Court at the joint request of the Plaintiffs, Anthony and JoAnn Vaz, and the Defendant, Allstate Property and Casualty Insurance Company, for a judgment dismissing any and all of the Plaintiffs' claims whatsoever against the Defendant, Allstate Property and Casualty Insurance Company. The Court has been informed that any and all of the claims of Anthony Vaz and JoAnn Vaz against the Defendant, Allstate Property and Casualty Insurance Company, have been fully compromised and settled, and that there remain no issues whatsoever to be litigated as to the claims of Anthony Vaz and JoAnn Vaz against the Defendant, Allstate Property and Casualty Insurance Company.

All parties have consented to the entry of this Judgment and, as evidenced by the signatures below of the parties' respective counsel of record, agree that any and all of the claims of the Plaintiffs, Anthony Vaz and JoAnn Vaz, against the

Defendant, Allstate Property & Casualty Insurance Company, should be dismissed with prejudice. Therefore, the Court finds that any and all of the claims of the Plaintiffs, Anthony Vaz and JoAnn Vaz, against the Defendant, Allstate Property & Casualty Insurance Company, should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that any and all of the claims of the Plaintiffs, Anthony Vaz and JoAnn Vaz, against the Defendant, Allstate Property and Casualty Insurance Company, should be and are hereby dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 22 day of February , 2007.

_____
U. S. DISTRICT COURT JUDGE

AGREED AND CONSENTED TO:

_____
DAVID ZACHARY SCRUGGS, ESQUIRE (MSB # 100011)
ATTORNEY FOR PLAINTIFFS, ANTHONY VAZ AND JOANN VAZ

_____
WILLIAM C. GRIFFIN, ESQ. (MSB #5021)
AMANDA B. QUAVE, ESQ. (MSB #100804)
ATTORNEYS FOR ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY